IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                CR 06-402 JC

RICKY LEE SULLIVAN,

    Defendant.

## MINUTE ORDER

**BY DIRECTION OF THE HONORABLE JOHN EDWARDS CONWAY, SENIOR UNITED STATES DISTRICT JUDGE**, the final disposition hearing scheduled for defendant Sullivan on Wednesday, August 29, 2007 at 10:30 a.m. is vacated and shall be rescheduled on **Tuesday, October 16, 2007 at 10:30 a.m.**, Cimarron Courtroom, Fifth Floor, United States Courthouse, 333 Lomas Boulevard, Albuquerque, New Mexico.

_____

                                      _____
                                        Matthew J. Dykman, Clerk of the Court

_____

Please direct any inquiries to Lee Jones, Courtroom Deputy for Senior
Judge Conway at (505) 348-2201.

A true copy of this notice/order was served via mail or electronic means
to counsel of record as they are shown on the Court's docket.